UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 23 2009

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

| | |
|---|---|
| IN RE ING GROEP, N.V. )<br>ERISA LITIGATION )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO: )<br>All Actions )<br>_____ ) | MASTER FILE NO.<br>09-cv-00400-JEC |

## CONSENT SCHEDULING ORDER AND EXTENSION OF TIME

WHEREAS, the establishment of a schedule for the filing of certain pleadings, pretrial motions, and related matters will promote the efficient conduct of this litigation;

WHEREAS, on March 9, 2009, the Court entered a Consent Scheduling Order and Extension of Time, see Docket at 15, Sewright v. ING Groep N.V., et al., 1:09-CV-0400-JEC (N.D. Ga. March 9, 2009) (Carnes, J.) (the "First Consent Order");

WHEREAS, the First Consent Order provides that the defendants identified in paragraph 1 of that order (the "Defendants") shall serve their responses to the complaint not later than April 14, 2009, see First Consent Order ¶ 2;

WHEREAS, the First Consent Order provides further that "[e]ach and every action filed in, or transferred to, this Court that arises out of the same facts as

alleged in the above-captioned action shall constitute a case related to this action and shall be consolidated with this action," First Consent Order ¶ 5;

WHEREAS, on March 5, 2009, plaintiff Deadre D. Diggs filed a related complaint in the Southern District of New York asserting claims against several of the defendants named in this action, see Complaint, Docket at 1, Deadre D. Diggs v. ING Groep N.V., et al., 09 CV 2038 (S.D.N.Y. March 5, 2009) (Crotty, J.);

WHEREAS, on March 26, 2009, David A. Wheat, who is a defendant in both the above-captioned action and the Diggs action, requested a pre-motion conference in Diggs concerning his intent to file a motion to transfer the Diggs action to this Court for consolidation with the instant action;

WHEREAS, on April 14, 2009, the parties jointly stipulated the Defendants shall have an interim extension of 30 days to answer or otherwise respond to the Original Complaint, see Joint Stipulation Regarding Extension of Time, Docket at 18, Sewright, 1:09-CV-0400-JEC (N.D. Ga. April 14, 2009);

WHEREAS, on April 20, 2009, plaintiff Deadre D. Diggs filed a notice of voluntary dismissal in Diggs, see Voluntary Dismissal Without Prejudice, Docket at 2, Diggs, 09 CV 2038 (S.D.N.Y. April 20, 2009);

WHEREAS, on April 24, 2009, plaintiff Deadre D. Diggs filed a related complaint in this Court, asserting claims against all of the defendants named in this

action, see Complaint, Docket at 1, Deadre D. Diggs v. ING Groep N.V., et al., 1:09-CV-01100-JEC (N.D. Ga. April 24, 2009) (Carnes, J.);

WHEREAS, pursuant to the terms of the First Consent Order and the Court's May 8, 2009 Order, the Diggs action is automatically consolidated with the Sewright action;

WHEREAS, the parties have agreed to the terms of this Consent Order as evidenced by the signatures of their counsel below:

**IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file and serve an amended consolidated complaint (the "Consolidated Complaint") on or before June 8, 2009.

2. Defendants shall answer or otherwise respond to the Consolidated Complaint within thirty (30) days of being served with the Consolidated Complaint.

IT IS SO ORDERED this 22 of June May, 2009.

_____
Honorable Julie E. Carnes
United States District Judge

Consented To by:

| PAGE PERRY LLC | ALSTON & BIRD LLP |
|---|---|
| /s/ | /s/ |
| David J. Worley | Patrick C. DiCarlo |
| Ga. Bar No. 776665 | Ga. Bar No. 220339 |

James M. Evangelista
Ga. Bar No. 707807
1040 Crown Pointe Parkway, Suite 1050
Atlanta, Georgia 30338
Tel: (770) 673-0047
Fax: (770) 673-0120

JOHNSON BOTTINI, LLP
Frank J. Johnson
Francis A. Bottini, Jr.
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 233-5535

GAINEY & MCKENNA
Thomas J. McKenna
295 Madison Avenue, 4th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0380

Attorneys for Plaintiff and the Class

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Mitchell A. Lowenthal
Christopher P. Moore
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2000
Fax: (212) 225-3999

Attorneys for Defendants ING North America Insurance Corporation, ING Life Insurance And Annuity Company, David A. Wheat, Darryl Harris, and ING U.S. Pension Committee