# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 03 2009

| | |
|---|---|
| IN RE ING GROEP, N.V. ERISA LITIGATION | **MASTER FILE No.** **1:09-CV-00400-JEC** |
| THIS DOCUMENT RELATES TO: All Actions | |
| DEADRE D. DIGGS, On Behalf Of Herself And All Others Similarly Situated, Plaintiff, v. ING GROEP N.V., ING LIFE INSURANCE AND ANNUITY COMPANY, ING NORTH AMERICA INSURANCE CORPORATION, JAN H.M. HOMMEN, HENK BREUKINK, PETER A.F.W. ELVERDING, CLAUS DIETER HOFFMANN, PIET HOOGENDOORN, PIET C. KLAVER, WIM KOK, KAREL VUURSTEEN, MICHEL J. TILMANT, ERIC BOYER, DICK HARRYVAN, JOHN C.R. HELE, TOM McINERNEY, HANS VAN DER NOORDAA, KOOS TIMMERMANS, JACQUES DE VAUCLEROY, DAVID A. WHEAT, CATHERINE H. SMITH, DARRYL HARRIS, ING U.S. PENSION COMMITTEE and JOHN DOES 1-20, Defendants. | **Civil Action No.** **1:09-CV-01100-JEC** |

## ORDER

The Joint Stipulation and Motion for Order Regarding Consolidation, Service and Scheduling having been read and considered, it is hereby ORDERED that <u>Deadre Diggs v. ING Groep N.V., et al.</u>, Civil Action No. 1:09-CV-1100-JEC is hereby consolidated with <u>In re ING Groep, N.V. ERISA Litigation</u>, Civil Action 1:09-CV-00400-JEC. It is FURTHER ORDERED that the effective date of service is July 8, 2009 for ING North America Insurance Corporation, ING Life Insurance and Annuity Company, ING U.S. Pension Committee, David A. Wheat, Darryl Harris, William Delahanty, Kimberly Shattuck, Byron Scott Burton, Catherine H. Smith and Tom McInerney, and that these Defendants shall have until August 7, 2009 (30 days after the effective date of service) to move, plead or otherwise respond to the Consolidated Complaint.

SO ORDERED, this 31 day of July, 2009.

_____
Honorable Julie E. Carnes
United States District Judge