UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE ING GROEP, N.V. ERISA LITIGATION

THIS DOCUMENT RELATES TO:
All Actions

CIVIL ACTION FILE

NO. 1:09-cv-400-JEC

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 31st day of March, 2010.

JAMES N. HATTEN
CLERK OF COURT

By:  *s/Frances K. Pinckney*
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 31, 2010
James N. Hatten
Clerk of Court

By: *s/Frances K. Pinckney*
         Deputy Clerk