# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE ING GROEP, N.V. ERISA LITIGATION | ) Master File No. 1:09-cv-00400-JEC )  ) |
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) |

## Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Compensation Awards

Counsel for Plaintiffs Kent Sewright and Deadre D. Diggs respectfully move for entry of the proposed order:

- awarding Plaintiffs' Counsel and Liaison Counsel $1,050,000 in attorneys' fees;[1]

- granting Plaintiffs' Counsel and Liaison Counsel reimbursement of $18,327.87 in expenses;

- awarding $7,500 each to Sewright and Diggs in incentive compensation; and

- granting such further and other relief as the Court deems just and proper.

---

[1] This motion incorporates all provisions of the Stipulation and Agreement of Settlement dated November 5, 2012 (Dkt. No. 68-2), including all defined terms.

1

This motion is based on the accompanying Memorandum, the Declaration of Francis A. Bottini, Jr., together with exhibits, and all the papers and proceedings in this action.

Dated:  April 30, 2013

Respectfully submitted,

HARRIS PENN LOWRY DELCAMPO, LLP
David J. Worley
(Ga Bar No. 776665)
James M. Evangelista
(Ga Bar No. 707807)

　　　　s/ David J. Worley
　　　　David J. Worley

400 Colony Square
1201 Peachtree Street, N.E., Suite 900
Atlanta, Georgia 30361
Tel:  (404) 961-7650
Fax:  (404) 961-7651

*Interim Liaison Counsel for*
*Plaintiffs and the Settlement Class*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
Albert Y. Chang
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel:  (858) 914-2001
Fax:  (858) 914-2002

*Interim Lead Counsel for*
*Plaintiffs and the Settlement Class*

                          GAINEY MCKENNA & EGLESTON
                          Thomas J. McKenna
                          Gregory M. Egleston
                          440 Park Avenue South, 5th Floor
                          New York, New York 10016
                          Tel:  (212) 983-1300
                          Fax:  (212) 983-0383

                          *Counsel for Plaintiffs*
                          *and the Settlement Class*

C-1

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Compensation Awards, together with all attachments, to be served on all counsel of record using the CM/ECF system on the 30th day of April, 2013.

Dated: April 30, 2013

s/ David J. Worley<br>David J. Worley